U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

AUG - 6 2007

ROBERT H. SHEMWELL, CLERK
BY _____
        DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| LAZARO F. PEREZ, SR.<br>FED. REG. NO. 38485-179 | CIVIL ACTION NO. 07-0441 |
| VS. | SECTION P<br>JUDGE MINALDI |
| ALBERTO GONZALES, ET AL. | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the petition for writ of *habeas corpus* filed pursuant to §2241 be DISMISSED for lack of jurisdiction.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 4 day of _____, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE